UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2020 FEB 19 P 7 22

U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT CLERK

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )    No. 3:20-CR- 19
        v.                   )
                             )    JUDGES Varlan/Guyton
TRAVIS K. GARLAND            )
                             )
            Defendant.       )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about July 22, 2019, in the Eastern District of Tennessee, the defendant TRAVIS KEITH GARLAND, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, and the firearm has been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury charges that on or about July 22, 2019, in the Eastern District of Tennessee, the defendant TRAVIS KEITH GARLAND, did knowingly possess, conceal, and store a stolen firearm, that is, a SCCY 9mm Model CPX-2 handgun, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

### FIREARM FORFEITURE ALLEGATIONS

1.      The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and/or 922(j) as set forth in this Indictment, the defendant, TRAVIS K. GARLAND, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including but not limited to a SCCY 9mm Model CPX-2 pistol seized from Travis Garland.

3.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

ALAN S. KIRK
Assistant United States Attorney

2